| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>DIAMOND, GUSTAVE | 2. Court or Organization<br><br>U.S. District Court, W.D. PA | 3. Date of Report<br><br>06/02/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court, W.D. PA
700 Grant St., Suite 8270
Pittsburgh, PA 15219

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Redeemed (part) | 11/29/13 | J | | |
| 2. Citibank | A | Interest | J | T | | | | | |
| 3. Chevron | A | Dividend | J | T | | | | | |
| 4. H.J. Heinz | | None | | | Sold | 02/28/13 | J | B | |
| 5. Kraft Foods | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 6. AFLAC | A | Dividend | K | T | | | | | |
| 7. Merck | A | Dividend | J | T | | | | | |
| 8. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 9. Phillips 66 | | None | J | T | Buy | 08/29/13 | J | | |
| 10. Procter & Gamble | A | Dividend | K | T | | | | | |
| 11. Verizon | A | Dividend | J | T | | | | | |
| 12. PA State Gen. Obligation 2 | A | Interest | K | T | | | | | |
| 13. State Public School Building | A | Interest | K | T | | | | | |
| 14. Allegheny Co. PA Sanitary Auth. Bond | A | Interest | K | T | | | | | |
| 15. PA State Public School Bldg | A | Interest | K | T | | | | | |
| 16. Phila PA Gas Works | A | Interest | J | T | | | | | |
| 17. PA State Higher Ed Fac Auth | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am High Inc. Muni | A | Dividend | J | T | | | | | |
| 19. Am Balanced A | A | Dividend | K | T | | | | | |
| 20. Am Capital Inc. Bldr | C | Dividend | M | T | | | | | |
| 21. Am Fundamental Inv. | A | Dividend | K | T | | | | | |
| 22. Am Global Balanced A | A | Dividend | K | T | | | | | |
| 23. Am Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 24. Am. Income Fund of Am. | D | Dividend | N | T | | | | | |
| 25. Phila. Hos. and Higher Ed. | A | Interest | K | T | | | | | |
| 26. Amgen | A | Dividend | J | T | | | | | |
| 27. AT&T | A | Dividend | K | T | | | | | |
| 28. DuPont | A | Dividend | J | T | | | | | |
| 29. Fed Ex | A | Dividend | J | T | | | | | |
| 30. Kimberly Clark | A | Dividend | J | T | | | | | |
| 31. Seadrill | A | Dividend | J | T | | | | | |
| 32. Total SA Spons | A | Dividend | J | T | | | | | |
| 33. WalMart | A | Dividend | J | T | | | | | |
| 34. Walt Disney | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Balanced A | A | Dividend | J | T | Buy | 08/29/13 | J | | Note 2 |
| 36. Am High Income Muni | A | Dividend | J | T | | | | | |
| 37. Am Income Fund of Am | C | Dividend | M | T | | | | | |
| 38. Am Invest. Co of Am | A | Dividend | K | T | | | | | |
| 39. Am Mutual A | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 40. Am Tax Exempt Bond | A | Dividend | | | Redeemed | 08/29/13 | K | A | Note 3 |
| 41. BGE Capital Trust | A | Interest | J | T | | | | | |
| 42. Am Balanced A | A | Dividend | K | T | Buy | 08/29/13 | J | | |
| 43. Am Bond Fund of Am | A | Dividend | J | T | | | | | |
| 44. Am. Capital Income Builder | B | Dividend | L | T | Redeemed (part) | 08/29/13 | K | A | |
| 45. Am. Fundamental Investors | A | Dividend | K | T | Buy | 08/29/13 | K | | |
| 46. Am. Global Balanced | A | Dividend | J | T | | | | | |
| 47. Am. High Income Trust | C | Dividend | L | T | Redeemed (part) | 08/29/13 | K | A | |
| 48. Am Income Fund of Am | B | Dividend | L | T | | | | | |
| 49. Am Invest. Co of Am | B | Dividend | L | T | | | | | |
| 50. Am Mutual A | A | Dividend | K | T | Buy | 08/29/13 | K | | |
| 51. Am New Perspective | A | Dividend | K | T | Buy | 08/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Am Small Cap World A | A | Dividend | K | T | | | | | |
| 53. Clearbridge Equity Inc. | A | Dividend | J | T | | | | | Note 1 |
| 54. Pimco Real Return | A | Dividend | K | T | | | | | |
| 55. Kimberly Clark | A | Dividend | J | T | | | | | |
| 56. Seadrill Ltd | A | Dividend | J | T | | | | | |
| 57. Am Global Bal A | A | Dividend | J | T | | | | | |
| 58. Am Growth Fund of Am | A | Dividend | J | T | | | | | |
| 59. Am Investment Co Am. | A | Dividend | K | T | | | | | |
| 60. Am New Perspective | A | Dividend | K | T | Buy | 08/29/13 | J | | |
| 61. Am New World | A | Dividend | | | Redeemed | 08/29/13 | J | A | |
| 62. Abbie Inc Com | A | Dividend | | | Buy | 04/29/13 | J | | Note 4 |
| 63. | | | J | T | Buy | 08/29/13 | J | | |
| 64. Alcoa | | None | J | T | Buy | 12/19/13 | J | | |
| 65. Amazon | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 66. Ameren | A | Dividend | J | T | Buy | 03/15/13 | J | | |
| 67. Amgen | | None | | | Buy | 10/22/13 | J | | |
| 68. | | | J | T | Buy | 12/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  AT&T | | None | J | T | Buy | 10/22/13 | J | | |
| 70.  BE Aerospace | | None | J | T | Buy | 12/19/13 | J | | |
| 71.  Boeing | | None | J | T | Buy | 12/19/13 | J | | |
| 72.  BP Plc Ads | | None | J | T | Buy | 12/19/13 | J | | |
| 73.  Chevron | | None | | | Buy | 09/30/13 | J | | |
| 74. | | | J | T | Buy | 10/04/13 | J | | |
| 75.  Colgate Palmolive | A | Dividend | J | T | Buy | | J | | Note 5 |
| 76.  Conoco Phillips | A | Dividend | J | T | Buy | | J | | |
| 77.  Consol Energy | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 78.  CSX Corp | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 79.  DuPont | A | Dividend | J | T | Buy | | J | | |
| 80.  Duke Energy | A | Dividend | J | T | Buy | | J | | |
| 81.  Freeport McMoran | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 82.  GE | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 83.  General Mills | A | Dividend | J | T | Buy | | J | | |
| 84.  Honeywell | | None | J | T | Buy | 12/19/13 | J | | |
| 85.  Kraft Foods | A | Dividend | J | T | Buy | 02/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merck | A | Dividend | J | T | | | | | |
| 87. Petroleo Bros. | A | Dividend | | | Buy | | J | | |
| 88. | | | J | T | Buy | 05/03/13 | J | | |
| 89. Phillips 66 | A | Dividend | | | Buy | | J | | |
| 90. | | | J | T | Buy | 08/29/13 | J | | |
| 91. Pitney Bowes | A | Dividend | J | T | Buy | 03/15/13 | J | | |
| 92. Seadrill | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 93. Tesla | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 94. Total SA Spon | A | Dividend | J | T | Buy | | J | | |
| 95. US Steel | A | Dividend | J | T | Buy | 12/19/13 | J | | |
| 96. Vodafone | A | Dividend | J | T | Buy | | J | | |
| 97. Federated Kaufmann | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 98. Franklin Gold and Precious Metals | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 99. Allergan | A | Dividend | J | T | Buy | | J | | |
| 100. Sprott Physical Gold Trust | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 101. Fidelity Equity Income IRA | A | Dividend | K | T | Redeemed (part) | 11/29/13 | J | A | |
| 102. Fidelity Equity Income | | None | | | Redeemed | 03/04/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Canada | | None | | | Redeemed | 03/04/13 | K | | |
| 104. Fidelity Fifty | | None | | | Redeemed | 03/04/13 | K | C | |
| 105. Fidelity Latin America | | None | | | Redeemed | 03/04/13 | K | | |
| 106. PNC Money Market | A | Interest | K | T | Redeemed (part) | 03/12/13 | J | A | |
| 107. Dollar Bank Savings | A | Interest | J | T | Redeemed (part) | 03/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 06/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTES

1. Legg Mason Value Trust reported for year 2012 at line 32 is the same fund reported at line 18 of that report, LM CBA Equity Income Builder (Clearbridge), which is reported in this 2013 report at line 53.

2. On August 29, 2013, we made several redemptions and purchases of American Funds. These were essentially "wash" transactions within that Fund Group; i.e., they were dollar for dollar redemptions and purchases. The funds at lines 35, 39, 40, 42, 44, 45, 47,   50, 60, 61 were in those transactions.

3. This asset was acquired on June 25, 2010 at a value code of "J" but was inadvertently not reported.

4. The assets at lines 62 -70, 77, 81, 82, 84, 88, 90-93, 95 97, 98, 100 were purchased with funds acquired from the redemption of the assets at lines 102-105 reported herein.

5. I discovered in preparing the instant report the assets which are reported herein at lines 75, 76, 79, 80, 83, 87, 89, 94, 96 and 99. They were acquired on March 1, 2011, but inadvertently not reported. I have determined that they were purchased with funds from  the redemption in February 2011 of a CD at a value code of "K" and in December 2009 of several Fidelity Investments Funds at a total value of "L." The CD inadvertently was not reported. I no longer have my 2009 report, so I do not know if the Fidelity Funds     redemption was not reported. I have reported the Fidelity Funds, so any omission there was inadvertent. I have no further details as to those transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GUSTAVE DIAMOND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544